# United States Bankruptcy Court
### Eastern District of Pennsylvania, Reading Division

In re    **Ray's Auto Restoration, LLC**                                          Case No.    **23-11716**

_____    Chapter    **11**
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Ray Mamone**<br>**50 Winged Foot Ln**<br>**Washington, NJ 07882-1526** | | **100** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 12, 2023**
_____

Signature    **/s/ Raymond Mamone**
_____
**Raymond Mamone**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 2023 CINGroup - www.cincompass.com