## RESOLUTION

The undersigned, the sole member and 100% owner, Ray Mamone, does hereby adopt the following resolutions at this Special Meeting held on June 1, 2023:

1.    Ray Mamone, as Managing Member of Ray's Auto Restoration, LLC, the Petitioner, is authorized and directed to sign a Petition for Relief under Chapter 11 of the United States Bankruptcy Code, and to assist the company's attorney in preparing the Schedules, Statement of Affairs, and any and all other documents necessary within the bankruptcy proceeding.

2.    The company authorizes and directs its Managing Member, Ray Mamone, to engage counsel, Kevin K. Kercher, Esquire, to represent the company in the Bankruptcy proceedings, and authorizes the retention of said firm by payment in the amount of $8,500.00.   These funds will be paid by Ray Mamone.

6/1/2023

**Ray Mamone**
**Sole Member and Managing**
**Member of Ray's Auto**
**Restoration, LLC d/b/a Ray's**
**Auto Body a Pennsylvania**
**Limited Liability Company**