**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| RAY'S AUTO RESTORATION, LLC | : | CHAPTER 11 |
| a/k/a RAY'S AUTO BODY, | : | |
| | : | |
| Debtor | : | BKRTCY. NO. 23-11716 pmm |
| | : | |

## ORDER ESTABLISHING BAR DATE FOR FILING PROOFS OF CLAIM

IT IS **ORDERED** that the Motion be and hereby is GRANTED; and it is further

ORDERED that each person or entity that asserts a claim against the Debtor that arose prior to June 12, 2023 must file a proof of such claim (in form substantially similar to Official Form No. 10) which shall be received on or before August 15, 2023, at the following address:

**Clerk of the Court**
**US Bankruptcy Court**
**The Gateway Building**
**201 Penn St., Ste. 103**
**Reading, PA 19601**

and it is

FURTHER ORDERED that Debtor's counsel is directed to mail this Order and the proposed Form of Notice attached to the Motion as Exhibit "A" to all creditors and parties in interest herein forthwith and file a Certificate of Service; and it is

ORDERED that the Form of Notice attached to the Motion is approved as containing adequate information to enable creditors to file a proof of claim and provides adequate notice of the date by which all claims must be filed and the effect of the failure of a creditor to file a claim.

BY THE COURT:

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**

**Date: June 30, 2023**