| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| Ray's Auto Restoration, LLC | : | |
| | : | |
| Debtor | : | Bky. No. 23-11716 PMM |

-------------------------------------------------------------------------------------------

## SCHEDULING ORDER

**AND NOW**, whereas the above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code and the Court having held a status conference on August 8, 2023 and concluded on September 6, 2023, and the Debtor's proposed plan of reorganization having been filed on September 5, 2023 (doc. #47), IT IS HEREBY **ORDERED** that the following dates and deadlines will govern the procedure of this case:

1. <u>Confirmation Hearing</u>. The Court shall hold a hearing on confirmation of the Debtor's plan of reorganization on **Tuesday, November 7, 2023, at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601.

2. <u>Deadline to Make §1111(b)(2) Election</u>. A secured creditor that wishes to make an election under 11 U.S.C. §1111(b)(2) must do so no later than **Tuesday, October 31, 2023.**

3. <u>Objections to Plan</u>. **Tuesday, October 31, 2023**, is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). *Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this*

*Scheduling Order and the applicable rules*.

4. <u>Service of Plan Documents</u>. On or before **Friday, October 6, 2023**, the Debtor shall serve a copy of this Scheduling Order, the Debtor's plan of reorganization, on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d). *The Debtor's attorney shall thereafter promptly file a certificate of service with the Court*.

Date: September 6, 2023

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**